1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JOHN C. CUSKER, CSBN 148227
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8975
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant

E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA NUNEZ, ) | CIVIL NO. 3:05-CV-04064-MJJ |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | SETTLING ATTORNEY'S FEES AND |
| MICHAEL J. ASTRUE, ) | COSTS PURSUANT TO THE EQUAL |
| Commissioner of ) | ACCESS TO JUSTICE ACT (EAJA) |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of Four Thousand Three Hundred DOLLARS ($4,300.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees and costs under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of Four Thousand Three Hundred DOLLARS ($4,300.00), shall constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees and costs in connection with this action, without prejudice to any future request for fees under the Social Security Act,

42 U.S.C. § 406(b).

Dated: *1/18/08*

/s/ *Matthew Howard*
*(As authorized via e-mail)*
MATTHEW L. HOWARD, M.D.
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: *January 16, 2007*    By:    /s/ *John C. Cusker*
JOHN C. CUSKER
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED.

DATED: MAY 0 2 2008

UNITED STATES DISTRICT JUDGE